UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA, <br><br> Plaintiff, <br><br> v. <br><br> VALLEY HI TRADING, INC., a California Corporation; and Does 1-10, <br><br> Defendant. | Case No.: 2:20-cv-11430-KES <br><br> **ORDER** |

**ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Dated: _____          _____
                                            HONORABLE KAREN E. SCOTT
                                            United States Magistrate Judge