UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA, | ) Case No.: 2:20-cv-11430-KES |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| VALLEY HI TRADING, INC., a California Corporation; and Does 1-10, | ) |
| Defendant. | ) |

**ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Dated: June 3, 2021

*Karen E. Scott*
HONORABLE KAREN E. SCOTT
United States Magistrate Judge