CLEAR FORM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Orlando Garcia <br><br><br> Plaintiff(s) <br> v. <br><br> Valley Hi Trading, Inc. <br><br><br> Defendant(s). | **CASE NUMBER** <br><br> 2:20-cv-11430-KES <br><br><br><br> **MEDIATION REPORT** |

_**Instructions:** The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report._

1.  ☑ A mediation was held on (date): June 1, 2021 .

    ☐ A mediation did not take place because the case settled before the session occurred.

2.  The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

    ☑ Appeared as required by L.R. 16-15.5(b).

    ☐ Did not appear as required by L.R. 16-15.5(b).

    　　☐ Plaintiff or plaintiff's representative failed to appear.

    　　☐ Defendant or defendant's representative failed to appear.

    　　☐ Other:

3.  Did the case settle?

    ☑ Yes, fully, on June 1, 2021 (date).

    ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*

    ☐ Yes, partially, and further facilitated discussions are **not** expected.

    ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*

    ☐ No, and further facilitated discussions are **not** expected.

4.  If further facilitated discussions are expected, by what date will you check in with the parties?

Dated: June 7, 2021

/s/ Edwin V. Woodsome
Signature of Mediator

Edwin V. Woodsome
Name of Mediator (print)

_The Mediator must electronically file original document in CM/ ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."_