1  CENTER FOR DISABILITY ACCESS
2  Chris Carson, Esq., SBN 280048
   Dennis Price, Esq., SBN 279082
3  Amanda Seabock, SBN 289900
4  8033 Linda Vista Road, Suite 200
   San Diego, CA 92111
5  (858) 375-7385
6  (888) 422-5191 fax
   amandas@potterhandy.com
7  Attorneys for Plaintiff

8  OZGUN TUMER (SBN: 295791)
9  law@tumersharif.com
   TUMER & SHARIF
10 170 E. 17th Street, Suite 208
11 Costa Mesa, CA 92627
   Tel: (949) 287-6901
12 Fax: (844) 272-0950
13 Attorney for Defendant
   Valley Hi Trading, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VALLEY HI TRADING, INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendant. | Case: 2:20-CV-11430-KES<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: June 14, 2021            CENTER FOR DISABILITY ACCESS

                                By:   /s/Amanda Seabock
                                      Amanda Seabock
                                      Attorneys for Plaintiff


Dated: June 14, 2021            TUMER & SHARIF

                                By:   /s/Ozgun Turner
                                      Ozgun Tumer
                                      Attorney for Defendant
                                      Valley Hi Trading, INC.

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Ozgun Tumer, counsel for Valley Hi Trading, INC., and that I have obtained authorization to affix his electronic signature to this document.

Dated: June 14, 2021    CENTER FOR DISABILITY ACCESS

　　　　　　　　　　　　　　　　　　/s/Amanda Seabock
　　　　　　　　　　　　　　　　Amanda Seabock
　　　　　　　　　　　　　　　　Attorneys for Plaintiff